**UNITED STATES PROBATION OFFICE**
**DISTRICT OF WYOMING**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUN - 5 2006

Stephan Harris, Clerk
Cheyenne

# NOTICE OF DISCHARGE

**NAME:** Dana Blum

**DOCKET NO.** 04CR-00049-WFD

Date of Sentence: September 21, 1994

Date Sentence Expired: June 5, 2006

Inasmuch as you have completed service of your sentence on the date shown above, you are hereby discharged from supervision of this office on the above expiration date.

June 5, 2006
DATE

Thomas P. Fitzgerald
U.S. PROBATION OFFICER

cc: U.S. Attorney
    U.S. District Court Clerk